Central Intelligence Agency; Elite Combatant Special Units Jurisdiction over Domestic & International Terrorism Assigned As The Government Agency To Destroy Terrorism.

5-23CV-220-H

Central Intelligence Agency;
Elite Combatant Special Units; (Subject matter)

vs.

Virginia Beach Correctional Center;
Oklahoma City & Tulsa County Jails;
Wyandotte, Michigan City Jail;
Wayne County Jail, Detroit, Michigan;
Virginia Dept. of Corrections & The City of Suffolk, Virginia. And, the Social Security Administration in Richmond, Virginia;
Fulton County Jail; Atlanta, Georgia;
Knox County Jails; Knoxville, Tennessee;
Maricopa County Jail, & Florence Prison In The State of Arizona.
All Police Agencies Causally Connected Directly Are Complicit of Both Domestic & International Terrorism;
All Legal Representatives Harboring & Concealing Domestic & International Terrorism; Including Delaware Prisons; Instituting Cruel 18th Century Punishment within Their Programs; [AX] Paramilitary Camps [Police State].
All Motels & Hotels owned by Hindus As To Breed International Terrorism In Subterfuge Targeting Americans. Inter Alia.
(Subject Agencies & Persons)

Police Agencies Converted Into Headquarters to Construct & Coordinate International Paramility Bases [Police States] to Target Americans, Accepting Cash [Via] Foreign Nations constituting Mass Arrests, Incarcerations, & Irreparable Harm, Injuries & Deaths; American Girls caught Entrapped within the Informant System, "State of Servitude" Rising To The Level of Constitutional Abandonment With A Treasonous Intent To Abolish It. And Engendering Both Domestic & International Terrorism Allowing The Central Intelligence Agency; Elite Combatant Special Units Complete, Exclusive, Ultimate, Jurisdiction to use As much Force As Possible To Destroy Domestic & International Terrorism.

## Background supporting Irrefutable Proof That Both Domestic & International Terrorism Exist Allowing The [F.B.I.] Exclusive Jurisdiction To Destroy This Official Enterprise Completely!

Notwithstanding, The unsolved murder upon a white Police officer; Victor E. Decker concealed for 53 yrs, in reprisal, after Decker killed an "Agent Provocateur" permeating out of The [F.B.I.].

And [F.B.I.] Supervisor, Frank Figliuzzi's counterintelligence Agent, Robert Hanssen convicted of several hundred counts of Treason while on The [K.G.B.-Russian Payroll for 25yrs] at The same time his supervisor; Frank Figliuzzi was authorizing those checks to Hanssen constituting Collusion To commit "International Terrorism".

In Retrospect, complainant herein had several valid & legitimate civil actions pending against officials; Judges; As well as many Judicial misconduct complaints; including Bar complaints against; Attorney; James Broccoletti who coordinated officer Decker's murder.

Whereas, at the height of those valid complaints, along with the complainant's mother's estate pending in Detroit, Michigan Probate Court being represented by The Morello Law Group.

And a Suit against The [F.B.I.], James Comey and Robert Mueller my bedroom window was shot at, systematically placed there by the Virginia Dept. of corrections in collusion with Virginia Beach City Jail put on Parole 23 yrs. after Virginia abolished their parole statute.

(Causal Connection)

[Kevin Stan Haley of I.B.M.] funnels millions of dollars into The Informant System regulated by The Subject Agencies [F.B.I.] Democratic Party, [and Republican moles, Desantis, Cheyenne, Kinzinger, Pompeo, McConnell, Pence, Graham, and so on] who has a profound financial interest with "Japan's Banking Institutions", where he was at when complainant was shot at, advertising his interest in Japan on Facebook.

(Prima Facie Proof of International Terrorism Existing within The U.S. Systematically Designed In Subrefuge)

✱ Which The masterminds sought out and thought out to be the perfect alibi, however, to the contrary, because Haley was on the phone with complainant across "International Waters" coordinating those "Gun Shots", it constituted "International Terrorism" while residing at the address, Virginia Dept. of Corrections placed me:...

(426 St. James Ave.
Suffolk, Virginia. 23434) [See I.D. Attached as verification].

...Ultimately granting The [C.I.A.] exclusive and complete jurisdiction to utilize as much force as necessary to destroy this Enterprise completely to "Nonexistence" construed as inherently deadly and dangerous to all American citizens even if it considers collateral damage?.

Because, these Police agencies solely rely and operate within The Motels & Hotels, predominantly owned by "Hindus", planting their "Agent Provocateurs" into them across America, and "International waters", regulated by The [F.B.I.], complicit of "International Terrorism" they too must be destroyed in The best interest of our American girls & women who've been exploited and mostly victimized caught into; "A State of Servitude".

In fact, India's financial interest [Per Bloomberg] is tunneled into Russia's Banking Institutions supporting strong, irrefutable and convincing inferences India misused and abused their satellite space program as a "Front" with a treasonous sadistic motive to "Target", American Paul Whelan in Russia, plucking him out of an India owned Hotel.

Complainant herein has been a consistent victim of this pattern with The Hindu People conferring with them within The Past four years of customer service monitoring my movement then breaking into-

my motel or Hotel Rooms, while my phone is flashing its lights and 'feedback of frequency detection' is too conspicuous to ignore along with their demeanor, attitude, and conduct at the same time cops bust into my room pointing guns at my face without a warrant establishes "International Terrorism".

Due to the fact they are operating across "International waters" coexisting with mostly Latino maids in American Motels owned by the Hindu People.

This same pattern occurs with customer service relating to; Tracfone, Straight Talk, & GoBrand, but not limited to those corporations.

Such as, Law Enforcement, Federal Judiciary, mayor positions, and even The Vice President of The United States, Kamala Harris of an Hindu Descent, but, claims she's the first African-American woman to be President's first [Lady as his] Vice President is too complex for Americans of all Heritages to comprehend.

As well as The [F.B.I] by and through their "Agent Provocateurs" being on The Russian Payroll for 2½ decades supported by Robert Hanssen's Treason Convictions. [ypsa], of which Bush and Cheyenne allowed the [F.B.I] to exist, when they should of dismantled it.

(Inferences of Reprisal)

Complainant's legitimate suits upon Federal Judge; Gregory Frizzell Oklahoma, protecting Sheriff; Stanley Glanz from the Grand Jury investigating a 53yrs-old white girl; Poore v. Glanz; of being sexually raped by his guards for 6 months was sufficient enough to retaliate upon the complainants, in reference to Case No.[23-cv-47] too.

And case No. [23-6453] upon Judge; Mark S. Davis, and Appeal Judge; William B. Traxler, Jr.; et, al.,

Although, The 4th Circuit Court of Appeals ruled "in complainant's favor [5. yrs. later] pursuant to Appeal No. [18-7252], howeves, with an improper deadly treasonous motive to engage into The Acts of "International Terrorism" in collusion with Japanese; Secretary of The Fourth Circuit. James N. Ishida. [Gypsa];...

..."By misapplying & abusing the legal process" unjustifiably' within itself to an end other than that, which it was designed to accomplish with a conscious commitment to a common scheme to achieve an unlawful objective".

And that was accomplished, only because Judge; William O'Brien unlawfully sentenced complainant to Parole "in [February, 2013], after Virginia abolished their "Parole Statute" in (1995);

So complainant would be put into "Predictable Consequences" of being in The [B.O.C. House] when he would be shot at, but, that too could not be accomplished without [V.B.O.C. placement officer; ms. Coleman's] corrupting the process evidently payed by James N. Ishida, as well as the Director of The Virginia Dept. of Corrections; Harold W. Clarke, [Both African-American Employees].

This is the same enterprise of which entrapped and murdered officers; Decker, Bondsman, Keith Yamacose, Nye Officers, colomb and many more murders" intended to go undetected.

Thus, after complainant's "predetermined Death" the "Top Players" would invoke Federal Rule-25(a), consisting of placing a Representative to take over my suits after my death, and split the millions,

(pg. 6)

## Japan's Interest & Treasonous motive

※ Complainant's Uncle, <u>William LeJeune Smith</u> was stationed in Japan during World War-II (1945). And, killed Japan's Elite Sniper while on a "clean up mission".

As soon as Mazda, Japanese owned Corp. discovered his family was engaged in that was involving their country he was wrongfully terminated.

Complainant, shortly thereafter prevailed in a "civil Rights Claim" of "Reverse Discrimination", lodged in around [1988] (at the same time Kirk Gibson hit that miraculous 9th inning home run during the world series) in Detroit, Michigan.

The war crimes committed by Japan consisted of (3) "Redcross" 'white women' brutally and savagely raped to death by The Japanese Army caught feeding The American P.O.W.'s.

And continued to rape them thereafter their deaths proving that Japan had no value in life, along with decapitating white AirForce Pilots Heads forcing them to dig their own graves where their heads would fall after being severed. A lot of The Pilots heads dangled from dull swords or just having fun to see how long the Pilot could bleed and suffer prior to dying. [mostly and all Irish].

That said, there is no doubt Japan's hatred for a white person in America was displayed during world war-II, and still indeed exist within America today supported by their actions upon the complainant, and many other Americans.

The connections of Police Agencies engaging into International Terrorism is irrefutably supported by 33 yrs. of stops, detainments, & arrests, and short-term or long-term incarcerations.

✱ Regardless of whether those stops, detainments, arrests, and incarcerations were legitimate or not, the results of "nobody ever getting hurt", "Not A Scratch" is horrifyingly distraughtful to all American Tax Payers, establishing that every law was misused & abused.

Instead, supports complainant was sought out as an easy target simply because he was born into The greatest American veteran Family in World History, bringing back all their friends from every existing war of The 20th century in one piece, and ongoing.

And the fact he would not give into this exclusive group of officials who entered our American system ultimately to target Americans compounded by the fact they could not and will not break my spirit.

The States, coexisting with Virginia to extradite complainant: "Tennessee, Michigan & Oklahoma" abusing the "Detainer Act" with malice for the underlying offense of a $2.00⁰⁰ item are complicit of "International Terrorism" [Inter Alia].

(For example), the Fourth Circuit Judges in collusion with the Knoxville, Tennessee officials extradited complainant on [June 25th 2013], after the lawsuit against them (timely designed) was dismissed conveniently timed that reprisal indeed was manifested.

Another attempt to extradite complainant was (January, 9th 2014) by officer, Gray, with his colleagues in Wyandotte, Michigan, waiting extradition in The Wayne County Jail, Detroit, Michigan.

In which, I invoked a Governor's warrant and Rick Synder had terminated the extradition attempt as trifle and vindictive construing the nonviolent misdemeanor as an adopted illegal statute by Virginia to enhance it to a felony, contrary to our constitution.

Again, in (March, 2016) Virginia Beach officials manufactured another bogus warrant to extradite complainant from Oklahoma City, OK. for the same [5-yr. old misdemeanor offense].

So, after refusing to sign the Extradition Papers invoking the Oklahoma Governor, the state judge hit me with a [6-month contempt charge] in reprisal, placing me in the worse part of the jail prevalent gang beatings, bedbugs, no mattresses, (24) hr. lockdowns, of which could be opened by any prisoner who wanted to get you, with or without staff around purely "decrepit & delapidated".

※ 12-days after Morello Law Group obtained my mother's estate without my legal written, nor verbal consent, and released me from the Virginia Beach Correctional Center on (August, 24th 2016) my ribs were broken by two black men possessing a handgun while officers, Psoro & McGee watched the Hit across the street at Popeyes Parking Lot as to utilize the same "informant system" that killed officer, Dexter.

(Conclusion)

There is no need to document all the Jails & Prisons of which complainant was condemned in, nor Judicial officials or officers connected to those Correctional facilities utilizing them to conduct and coordinate the Acts of "International Terrorism".

Reason being, it is "Public Record" protected under, the Freedom [F.O.I.A.] of Information Act", of "Prima Facie Documents", pertaining to "thousands of detainments", hundreds of vindictive arrests, and [13 yrs. of Incarcerations]

Therefore; for those reasons, as stated in the abovementioned, But not limited to those reasons; Latino's married into the Bush & Abbott family must be destroyed, not because their Latinos; rather, due to Bush's-

— being complicit of The [F.B.I.] on the [Russian-K.G.B. payroll for 25yrs.] supported by The Robert Hanssen Treason convictions while Vice President, Dick Cheyenne, and President, Bush were receiving video Tapes of [C.I.A.] Agents being tortured and murdered, after being authorized to go to Russia by Cheyenne and Bush.

Latino's related to The Bush's glorified the opportunity to cynically take advantage of The Bush's "Political Power Positions" to advance their heritage within The American System in every aspect or expose The Treasonous Activities with Russia.

Vix Cheyenne paniced after Trump "Fired Comey" from The F.B.I. because, it would reveal that all those over Hanssen, Frank Figliuzzi, Director, Louis Freeh, and so on would lead to his dad and Vice President, Dick Cheyenne "authorizing those murders".

(memorandum of Law)

<u>Harlow v. Fitzgerald</u>, 457 U.S. 800, (1982); The Court said, "If an official didn't know he was engaging into treasonous activity, he should of known", even if the defendants-officials assert that there was no seasonable expectation that they've could of known, [which their so often prone to do], when they actually did know.

The Clever and unexpected Judicial official(s) will not evade punishment for their crime(s), even if they too declare that they didn't have knowledge the [F.B.I.] was on the Russian payroll when they actually did know [yrs].

Rather, knowingly and willfully chose to use their "Power Positions" to shield the [F.B.I.] from being discovered that they were on The Russian Payroll for 25yrs. Supported by The Robert Hanssen convictions.


✱ Indeed, making The "Federal Judiciary" complicit of profoundly engendering "International Terrorism", allowing The [F.B.I.] jurisdiction to destroy This Judicial Enterprise.

✱ See Retired [F.B.I.] Agent, Thomas Baker's Book, "The Fall of The F.B.I.", strictly focuses on how The [F.B.I.]; Comey, Mueller, McCabe, Figliuzzi, and Steen twisted the Russian collusion scheme around to divert the Publics' Attention that The [F.B.I.] was convicted of treason due to their counterintelligence team on the Russian payroll.

In This Great Country of ours, The Central Intelligence Agency; "Elite combatant special units" must be invoked to completely destroy this enterprise and revitalize our beloved constitutional establishment.

✱ Most importantly, to secure our American Girls & womens safety, with the exception of those women voluntarily causing irreparable damages, of those citizens victimized by this inherently dangerous enterprise.

Including men from an exclusive group of men who love men more than women, targeting women with malice and criminal intent to com--pel them into "A State of Servitude", facing consequences of oppressive tactics of homelessness or death. [Inter Alia].

✱ See The murders of; Pace, Besotto, Kidamose, Colomb, and Yoder [or--chestrated by this exclusive group of men regulated by Kevin Stan Daley]; who funds the Louisiana informant system, with a pattern of Forty unsolved murders upon women of a 50 yr. span prior to Derrick Todd Lee being arrested for the Baton Rouge, Louisiana murders [Supra].

✱ Note: Kevin Stan Daley is a profound dedicated Homosexual child predator who was spared by The [F.B.I.] after locating thousands of baby porn videos in his computer in exchange for unlimited amounts of money.

(Certificate of Service)

I, Franklin C. Smith, hereby declare under penalty of perjury that the foregoing information is true and correct (supported by prima facie records) to the best of my knowledge and ability to-swarding a copy on this 4th day of September, 2023 to;

Central Intelligence Agency
Elite Combatant Special units
Washington D.C. 20543

U.S. Dept. of Justice
Federal Bureau of Investigations
Director; Christopher Wray,
Washington, D.C. 20535-0001

One CNN Center
CNN
Atlanta, Georgia. 30303

U.S. Dept. of Justice
U.S. Attorney General
Merrick Garland
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

Respectfully
Franklin C. Smith
902 W. Holland Ave.
Alpine, Texas. 79830

RECEIVED
SEP 18 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ATTN:
United States District Judge,
Samuel Cummings;
For the District of Northern Texas
1205 Texas Ave.
Lubbock, TX. 79401.

contains irrefutable evidence Judge; Cummings utilized an obstructive & dangerous informant system at the tax payers expense; complicit of killing a white police officer, Victor Pieries constituting Domestic Terrorism;

Allowing the Federal Reserve to freeze all his retire benefits. Along with his or any other joint accounts; Elite com- As well as Giving the central Intelligence Agency; Blite com- but Special audits to destroy him and the Federal Judiciary.

crimes of both Domestic & Interna- tional terrorism;

Judicial misconduct and