UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| FRANKLIN SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br>et al.,<br><br>    Defendants. | No. 5:23-CV-220-H-BQ |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed because the plaintiff has failed to follow Court Orders and to otherwise prosecute this case. Dkt. No. 8. No objections were filed and the plaintiff has taken no action in this case since filing the Complaint in September 2023. *See* Dkt. No. 1. The plaintiff has failed to pay the filing fee, move to proceed in forma pauperis, or serve the defendants.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed without prejudice for failure to follow Court Orders and want of prosecution in accordance with Federal Rule of Civil Procedure 41(b).

– 2 –

So ordered on March \_\_l\_\_, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE