UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

FRANKLIN SMITH,

    Plaintiff,

v.   No. 5:23-CV-220-H-BQ

CENTRAL INTELLIGENCE AGENCY,
et al.,

    Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's order adopting the Magistrate Judge's findings, conclusions, and recommendations, Dkt. No. 10, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendant are dismissed without prejudice.

The Clerk is directed to close the case.

So ordered on March __1__, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE